CLIFFORD R. ARNOLD, Appellant, v. ROBERT W. HOLMES et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

BROOKLYN EASTERN DISTRICT TERMINAL, Appellant, v. UNEX CREDIT CORPORATION, Respondent and Third-Party Plaintiff. CARLISLE ROWNTREE, Doing Business as KANSAS LABORATORIES and as EXPORT FINDERS BUREAU, Third-Party Defendant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 653.]

SETH ADAMSON & CO., INC., Respondent, v. SAMUEL SMITH et al., Doing business under the Name of S. M. S. TEXTILE MILLS, Appellants. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion to vacate warrant of attachment.]

SETH ADAMSON & CO., INC., Appellant, v. SAMUEL SMITH et al., Doing Business under the Name S. M. S. TEXTILE MILLS, Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion for examination before trial.]

SETH ADAMSON & CO., INC., Appellant-Respondent, v. SAMUEL SMITH et al., Doing business under the Name of S. M. S. TEXTILE MILLS, Respondents-Appellants.— Order and interlocutory decree and judgment unanimously affirmed. The seventh cause of action is based on a joint venture. Leave is granted to defendants, if so advised, to move to amend the counterclaim for an accounting to cover the seventh cause of action. The entire accounting, including the seventh cause of action, should be had before an official referee. Present.— Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

WILLIAM C. BERTHOLD, Appellant, v. LOUIS CONAY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

MAURICE E. GOLDBERG, Appellant, v. GEORGE E. BOLIVAR et al., Respondents. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

LEE L. PINCUS, Respondent, v. ANDREW R. L. McNAUGHTON, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to defendant-appellant, and defendant-appellant's cross motion to dismiss the complaint granted with leave to plaintiff to serve an amended complaint. The allegations of the complaint are so contradictory that it is impossible to determine the nature of the contract or relationship between the parties, whether the action is brought in equity for an accounting on a joint venture or in law